```
                                   U.S. DISTRICT COURT
                                NORTHERN DISTRICT OF TEXAS
                                         FILED

                                     JUL 1 6 2012

                              CLERK, U.S. DISTRICT COURT
                              By _____
                                             Deputy
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

RUDY STANKO,                    §
                                §
          Petitioner,           §
                                §
VS.                             §    NO. 4:12-CV-267-A
                                §
UNITED STATES OF AMERICA,       §
                                §
          Defendant.            §

O R D E R

Petitioner, Rudy Stanko, filed the instant petition for
declaratory relief on April 30, 2012, naming as respondent United
States of America.  The court dismissed the petition on May 23,
2012, pursuant to the authority of 28 U.S.C. § 1915A(b)(1).  The
court referred petitioner's motion for leave to proceed in forma
pauperis on appeal to the United States Magistrate Judge, who
issued his findings and conclusions, and a recommendation that
the motion be denied.  The magistrate judge gave petitioner until
July 13, 2012, to file his objections.

Petitioner on July 10, 2012, filed a document titled
"Objection to Magistrate, Again, Entering An Appearance Without
Consent and/or Waiver With a Request for a Three Judge Panel."[1]
As the time for filing his objections has now passed, the court
can only conclude that the aforementioned document is intended by

_____

[1]By order signed July 10, 2012, the court denied whatever relief petitioner attempted to seek by
the filing of this document.

petitioner to be his objections to the magistrate judge's recommended denial of his motion to proceed in forma pauperis on appeal.

In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a de novo determination of the magistrate judge's order to which specific objection is made. United States v. Raddatz, 447 U.S. 667, 673-75 (1980). The court's review finds that the petitioner's objections are without merit. The court is satisfied with the magistrate judge's findings. The court therefore overrules petitioner's objections and accepts the magistrate judge's recommendation to deny petitioner's application to proceed in forma pauperis on appeal.

Therefore,

The court ORDERS that petitioner's objections be, and are hereby, overruled.

The court further ORDERS that petitioner's motion to proceed in forma pauperis on appeal be, and is hereby, denied.

SIGNED July 16, 2012.

JOHN McBRYDE
United States District Judge